# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Laura Scanlon,<br><br>            Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>            Defendants. | No. CV-14-02492-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 22) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the above-captioned matter with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 17th day of June, 2015.

_____
Honorable G. Murray Snow
United States District Judge